UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY B. MALLGREN,

                  Plaintiff,

        -against-

UNITED STATES OF AMERICA,

                  Defendant.

26cv622 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 2, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    February 4, 2026
           New York, New York

                  /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
           Chief United States District Judge